## No. 6276.

NICHOLAS J. HOEY vs. A. G. BADGER, TAX COLLECTOR, ET AL.

A tender to the tax collector of the taxes, costs, and penalties, for the enforcement of which he is about to sell property, made before its adjudication, vitiates the sale which is proceeded with in spite of such tender. The purchaser at such sale acquires no title.

APPEAL from the Superior District Court of New Orleans. HAW-KINS, J.

*Lacey & Butler* for Plaintiff. *Rice* for Defendant Appellant.

DE BLANC, J., delivered the opinion affirming the judgment.